NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Reexamination Nos. 90/006,492 and 90/006,679)

## IN RE NTP, INC.,

2010-1276

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

**ON MOTION**

## ORDER

The Director of the United States Patent and Trademark Office moves without opposition for a 32-day extension of time, until September 24, 2010, to file his brief. NTP, Inc. moves without opposition to extend the time to file its reply brief to 34 days from service of the Director's brief. NTP also moves without opposition to extend the time to file the joint appendix to 14 days from the date of service of the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__SEP 1 4 2010__                          /s/ Jan Horbaly
Date                                       Jan Horbaly

                                           Clerk

cc:  Brian M. Buroker, Esq.
     Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2010

JAN HORBALY
CLERK